**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                          RE:    **Randel Sadsad SANTOS**
                                                     **Docket Number:   2:05CR00033-02**
                                                     **PERMISSION TO TRAVEL**
                                                     **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

The releasee is requesting permission to travel to Pampanga, Philippines. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 14, 2006, Santos was sentenced for the offense of Conspiracy to Distribute MDMA. He has been under supervision for two years and has been in compliance with all conditions of supervision.

**Sentence imposed:** 72 months custody Bureau of Prisons; 3 years Supervised Release; $100 special assessment; DNA testing. **Special conditions**: Warrantless search; Financial disclosure; Substance abuse testing, treatment and co-payment; Register as a drug offender.

**Dates and Mode of Travel:** November or December 2011, by plane.

**Purpose:** Santos will be traveling with family and visiting family in the Philippines.

RE:   Randel Sadsad SANTOS
      Docket Number:   2:05CR00033-02
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                        Respectfully Submitted,

                        /s/ Dayna D. Ward

                        **DAYNA D. WARD**
                        **Senior United States Probation Officer**

**DATED:**   October 21, 2011
             Roseville, California
             DDW:cd


**REVIEWED BY:**    /s/ Dayna D. Ward for
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ___X___                    Disapproved _____


_____10/24/2011_____              /s/ John A. Mendez
**Date**                            **JOHN A. MENDEZ**
                                    **United States District Judge**